UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-09103-SVW-KES | Date | February 7, 2023 |
|---|---|---|---|
| Title | Michael Hemingway v. LAX Court | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

    On December 15, 2022, the Clerk's Office issued a letter to plaintiff advising of certain defects in his filings. The letter granted the plaintiff thirty days to correct the defects.

    To date, plaintiff has failed to respond and/or correct the defects, and the deadline to do so has elapsed.

    The Court, in considering the above history, orders the case dismissed, without prejudice.

|  | : |
|---|---|
| Initials of Preparer | PMC |